MARGARET KOPAK, PLAINTIFF-RESPONDENT, v. FRED POLZER, DEFENDANT-PETITIONER.

See same case below: 5 *N. J. Super.* 114.

*Messrs. Feder & Rinzler* for the petitioner.

*Messrs. Riskin & Riskin* and *Mr. Samuel D. Joseph* for the respondent.

December 19, 1949.   Granted.

HENRY F. MARROCCO, PLAINTIFF-PETITIONER, v. BOARD OF ADJUSTMENT OF THE CITY OF PASSAIC, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 5 *N. J. Super.* 94.

*Mr. Peter N. Perretti* and *Mr. Aaron Heller* for the petitioner.

*Mr. Oscar R. Wilensky* and *Mr. Edward A. Levy* for the respondents.

December 19, 1949.   Denied.